UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | 13-2012 MK |
| --- | --- | --- |
| | ) | Case No. _____ |
| v. | ) | |
| | ) | JUDGE KNOWLES |
| YOSEF BOYD | ) | |

## ORDER

This matter comes before the Court on the United States' Motion to Seal the Criminal Complaint, Affidavit, and Arrest Warrant. It is hereby ordered that:

The Motion is granted and the Criminal Complaint, Affidavit, and Arrest Warrant are ordered sealed, pending further order of the Court.

_____
HONORABLE E. CLIFTON KNOWLES
UNITED STATES MAGISTRATE JUDGE

Dated: 2/14/13